# EXHIBIT A

## SUBJECT POLICIES

| INSURER NAME | POLICY NUMBER | POLICY PERIOD |
|---|---|---|
| Allianz Underwriters Insurance (*f/k/a Allianz Underwriters, Inc.*) | AUX5201397 | 1/1/83-1/1/84 |
| | AUX5201752 | 1/1/84-1/1/85 |
| Allstate Insurance Company (*as successor-in-interest to Northbrook Excess and Surplus Insurance Company*) | 63007439 | 1/1/81-1/1/82 |
| | 63008397 | 1/1/82-1/1/83 |
| The American Insurance Company | XLX1484572 | 1/1/83-1/1/84 |
| | XLX1621218 | 1/1/84-1/1/85 |
| Associated International Insurance Company | AEL00319C | 1/1/81-1/1/82 |
| | XS100785 | 1/1/82-1/1/83 |
| | XS102554 | 1/1/83-1/1/84 |
| | XS105357 | 1/1/84-1/1/85 |
| Columbia Casualty Company | RDX9176265 | 1/1/83-1/1/84 |
| | RDX9176369 | 1/1/84-1/1/85 |
| Executive Risk Indemnity Inc. (*f/k/a ERIC Reinsurance Company which was f/k/a American Excess Insurance Company*) | EUL5078183 | 1/1/81-1/1/82 |
| | EUL5079130 | 1/1/82-1/1/83 |
| Federal Insurance Company | (82) 79356663 | 1/1/81-1/1/82 |
| | (83) 79356663 | 1/1/82-1/1/83 |
| First State Insurance Company | 929750 | 1/1/81-1/1/82 |
| | 931914 | 1/1/82-1/1/83 |
| | EU000774 | 1/1/84-1/1/85 |
| TIG Insurance Company (*as successor-by-merger to International Insurance Company*) | 5220112752 | 1/1/82-1/1/83 |
| Lexington Insurance Company | 5514166 | 1/1/81-1/1/82 |
| | B3SED6377014520 | 1/1/82-1/1/83 |
| | 5522052 | 1/1/82-1/1/83 |
| | 5525028 | 1/1/83-11/1/83 |

- 2 -

| INSURER NAME | POLICY NUMBER | POLICY PERIOD |
|---|---|---|
| Mt. McKinley Insurance Company (*f/k/a Gibraltar Casualty Company*) | GMX02083<br>GMX02469 | 1/1/83-1/1/84<br>1/1/84-1/1/85 |
| Twin City Fire Insurance Company | TXS101807 | 1/1/83-1/1/84 |
| United States Fire Insurance Company | 5220106155 | 1/1/81-1/1/82 |
| Underwriters at Lloyd's, London | 551/UNA0017<br>551/UNA0018<br>551/UPA0019<br>551/UPA0020 | 1/1/81-1/1/82<br>1/1/81-1/1/82<br>1/1/82-1/1/83<br>1/1/82-1/1/83 |
| Certain London Market Companies:<br>    Assicurazioni Generali S.p.A.<br>    The Dominion Insurance Company Limited<br>    Harper Versicherungs AG (f/k/a Harper Insurance Limited, f/k/a Turegum Insurance Company)<br>    Sompo Japan Insurance Inc. (f/k/a TheYasuda Fire & Marine Insurance Company Limited) | 551/UNA0017<br>551/UPA0019<br>551/UPA0020 | 1/1/81-1/1/82<br>1/1/82-1/1/83<br>1/1/82-1/1/83 |

## LLOYD'S SUBJECT POLICIES

| LLOYD'S POLICY NUMBER | SUBSCRIBING SYNDICATES | POLICY PERIOD |
|---|---|---|
| 551/UNA0017 | 618, 278, 948, 494, 989, 279, 175, 346, 190, 35, 620, 109, 661, 518, 56, 918, 210, 205, 653, 231, 126, 701, 694, 694, 342, 727, 729, 471, 219 | 1/1/81-1/1/82 |
| 551/UNA0018 | 618, 278, 948, 494, 989, 279 | 1/1/81-1/1/82 |
| 551/UPA0019 | 918, 940, 210, 653, 231, 694, 190, 219, 126, 701, 342, 205, 90, 175, 35, 620, 987, 109, 729, 56, 661, 518, 553, 243, 346 | 1/1/82-1/1/83 |
| 551/UPA0020 | 190, 219, 219, 210, 918, 303, 205, 653, 231, 243 | 1/1/82-1/1/83 |