**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AIR & LIQUID SYSTEMS CORPORATION; AMPCO-PITTSBURGH CORPORATION, | ) ) ) ) | Civil Action No. 11-00247 |
| | | JUDGE JOY FLOWERS CONTI |
| Plaintiffs, | ) ) | Electronically Filed |
| | ) | |
| v. | ) ) | |
| ALLIANZ UNDERWRITERS INSURANCE COMPANY, *et al.,* | ) ) ) ) | |
| Defendants. | ) | |

**STIPULATED ORDER OF DISMISSAL BETWEEN AND AMONG
AIR & LIQUID SYSTEMS CORPORATION, AMPCO-
PITTSBURGH CORPORATION, ASSICURAZIONI GENERALI
S.P.A., THE DOMINION INSURANCE COMPANY LIMITED,
HARPER INSURANCE LIMITED, ALSO KNOWN AS HARPER
VERSICHERUNGS AG (f/k/a TUREGUM INSURANCE
COMPANY), AND STRONGHOLD INSURANCE COMPANY**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Air & Liquid Systems

Corporation and Ampco-Pittsburgh Corporation (jointly, "Plaintiffs"), and Assicurazioni

Generali S.P.A. ("Generali"), The Dominion Insurance Company Limited ("Dominion"),

Harper Insurance Limited, also known as Harper Versicherungs AG (f/k/a Turegum

Insurance Company) ("Harper"), and Stronghold Insurance Company ("Stronghold") by and

through their undersigned counsel, hereby stipulate and agree to the dismissal, **WITH**

**PREJUDICE**, of any and all claims between and among Plaintiffs, on the one hand, and

Generali, Dominion, Harper and Stronghold, on the other, with each party to bear its own

costs and attorneys' fees.

Dated:  August 26, 2013                    Respectfully submitted,


                                           /s/ David F. McGonigle
                                           Thomas E. Birsic (Pa. ID 31092)
                                           David F. McGonigle (Pa. ID 61824)
                                           J. Nicholas Ranjan (Pa. ID 93121)
                                           David R. Osipovich (Pa. ID 306687)
                                           K&L Gates LLP
                                           K&L Gates Center
                                           210 Sixth Avenue
                                           Pittsburgh, PA  15222
                                           Phone:     (412) 355-6500
                                           Fax:       (412) 355-6501

                                           *Counsel for Plaintiffs Air & Liquid Systems*
                                           *Corporation and Ampco-Pittsburgh Corporation*


                                           /s/ Carolina Salazar
Michael A. Shiner (Pa. ID 78088)           Eileen McCabe
mshiner@tuckerlaw.com                      John McAndrews
Danielle L. Dietrich (Pa. ID 200767)       Carolina Salazar
ddietrich@tuckerlaw.com                    MENDES & MOUNT, LLP
TUCKER ARENSBERG, P.C.                      750 Seventh Avenue
1500 One PPG Place                         New York, NY  10019
Pittsburgh, PA 15222                       Phone:  (212) 261-8000
412.566.1212                               Fax:    (212) 261-8750

*Counsel for Assicurazioni Generali S.P.A., The Dominion Insurance Company*
*Limited, Harper Insurance Limited (f/k/a Turegum Insurance Company),*
*and Stronghold Insurance Company*



IT IS SO ORDERED this ____ day of August, 2013.


_____
Honorable Joy Flowers Conti
Chief United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2013, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


/s/ David F. McGonigle