# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AIR & LIQUID SYSTEMS CORPORATION; AMPCO-PITTSBURGH CORPORATION, | ) ) ) | Civil Action No. 11-00247 |
| | ) | JUDGE JOY FLOWERS CONTI |
| Plaintiffs, | ) ) | Electronically Filed |
| v. | ) ) ) | |
| ALLIANZ UNDERWRITERS INSURANCE COMPANY, *et al.,* | ) ) ) | |
| Defendants. | ) ) | |

### STIPULATED ORDER OF DISMISSAL BETWEEN AND AMONG AIR & LIQUID SYSTEMS CORPORATION, AMPCO-PITTSBURGH CORPORATION, ASSICURAZIONI GENERALI S.P.A., THE DOMINION INSURANCE COMPANY LIMITED, HARPER INSURANCE LIMITED, ALSO KNOWN AS HARPER VERSICHERUNGS AG (f/k/a TUREGUM INSURANCE COMPANY), AND STRONGHOLD INSURANCE COMPANY

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Air & Liquid Systems Corporation and Ampco-Pittsburgh Corporation (jointly, "Plaintiffs"), and Assicurazioni Generali S.P.A. ("Generali"), The Dominion Insurance Company Limited ("Dominion"), Harper Insurance Limited, also known as Harper Versicherungs AG (f/k/a Turegum Insurance Company) ("Harper"), and Stronghold Insurance Company ("Stronghold") by and through their undersigned counsel, hereby stipulate and agree to the dismissal, **WITH PREJUDICE**, of any and all claims between and among Plaintiffs, on the one hand, and

Generali, Dominion, Harper and Stronghold, on the other, with each party to bear its own

costs and attorneys' fees.

Dated:  August 26, 2013                           Respectfully submitted,

                                                  /s/ David F. McGonigle
                                                  Thomas E. Birsic (Pa. ID 31092)
                                                  David F. McGonigle (Pa. ID 61824)
                                                  J. Nicholas Ranjan (Pa. ID 93121)
                                                  David R. Osipovich (Pa. ID 306687)
                                                  K&L Gates LLP
                                                  K&L Gates Center
                                                  210 Sixth Avenue
                                                  Pittsburgh, PA  15222
                                                  Phone:     (412) 355-6500
                                                  Fax:        (412) 355-6501

                                                  *Counsel for Plaintiffs Air & Liquid Systems
                                                  Corporation and Ampco-Pittsburgh Corporation*

                                                  /s/ Carolina Salazar
Michael A. Shiner (Pa. ID 78088)                  Eileen McCabe
mshiner@tuckerlaw.com                             John McAndrews
Danielle L. Dietrich (Pa. ID 200767)              Carolina Salazar
ddietrich@tuckerlaw.com                           MENDES & MOUNT, LLP
TUCKER ARENSBERG, P.C.                            750 Seventh Avenue
1500 One PPG Place                                New York, NY  10019
Pittsburgh, PA 15222                              Phone:  (212) 261-8000
412.566.1212                                      Fax:     (212) 261-8750

          *Counsel for Assicurazioni Generali S.P.A., The Dominion Insurance Company
           Limited, Harper Insurance Limited (f/k/a Turegum Insurance Company),
                           and Stronghold Insurance Company*

IT IS SO ORDERED this  10th day of September, 2013.

/s/ Joy Flowers Conti
Honorable Joy Flowers Conti
Chief United States District Judge

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 26, 2013, a copy of the foregoing was filed

electronically.  Notice of this filing will be sent to the parties by operation of the Court's

electronic filing system.  Parties may access this filing through the Court's system.


<u>/s/ David F. McGonigle</u>